[No. 49436-8-I.   Division One.   September 16, 2002.]

*In the Matter of the Marriage of* MARTIN P. HAMILTON, *Appellant*, and FRANCINE L. SIVERTS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-00229-1, Terence Lukens, J., entered August 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49528-3-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY SCOTT BEITO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00243-0, Deborah D. Fleck, J., entered November 16, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49690-5-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL OLIVIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00123-6, Philip G. Hubbard, Jr., J., entered November 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49827-4-I.   Division One.   September 16, 2002.]

SUDDEN VALLEY COMMUNITY ASSOCIATION, *Respondent*, v. WHATCOM COUNTY WATER DISTRICT NO. 10, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-00543-6, Steven J. Mura, J., entered January 4, 2002. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ. Now published at 113 Wn. App. 922.